ACCEPTED
03-14-00570-CR
5873430
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 9:07:50 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| ERIC BYRON CRAYTON | § | IN THE THIRD |
| VS. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 9:07:50 AM
JEFFREY D. KYLE
Clerk

## FIRST SUPPLEMENTAL MOTION TO SUPPLEMENT RECORD AND RESPONSE TO APPELLANT'S OBJECTION

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves the Court to order the preparation, certification and filing of a supplemental reporter's record under Rule 34.6(d) of the Texas Rules of Appellate Procedure, or in the alternative to remand the cause to the trial court under 34.6(e)(3) of the Texas Rules of Appellate Procedure, and for good cause would show the following:

### I.

The State has diligently pursued supplementation of the record from the moment it discovered the omission. I discovered that the version of State's Exhibit 73 on file with the Court of Appeals omitted relevant parts of the admitted exhibit on June 22, 2015. The State did not have notice or actual knowledge of the omission prior to June 22, 2015. The omitted material is relevant and important because every point of error raised by Appellant concerns the admission, contents or sufficiency of State's Exhibit 73.

1

I called Appellant's attorney and – upon being told he was out of the office until Wednesday – left a message explaining the issue. I subsequently spoke with him about the issue on Wednesday, June 24th. Although I tried to speak with the Court Reporter on June 24th and 25th, I learned that she was at a conference for the remainder of that week. On June 26, 2015, the State submitted a *Motion to Order a Supplemental Reporter's Record* in cause 03-14-00570-CR. The State hereby incorporates that motion by reference in full as if set forth herein verbatim, including all statements, arguments and evidence from said motion. Motion, *attached.*

II.

Appellant has filed an objection to the State's earlier motion, arguing that the State should "make use of the remedy provided in TEX. R. APP. P. 34.6(e)(3)" instead. Appellant's Objection at 2. However, subsection (e) deals with inaccuracies in the record. *See* Tex. R. App. P. 34.6(e). The State seeks to supplement *omitted* material under Rule 34.6(d). Although Appellant apparently contends that the five minutes and 12 seconds of State's Exhibit 73 currently on file with the Third Court is the complete version (*see* Appellant's Objection at 2), as noted on the record, the actual exhibit entered at trial was much longer than five minutes and 12 seconds:

(State's Exhibit 73 Published)

2

| | |
|---|---|
| THE COURT: | Can you get the volume up a little? |
| [State]: | Your Honor, I'm sorry. I think we started in the middle of it there. |
| THE COURT: | Oh, I see. |
| [State]: | There is no conversation of any substance during the first ten minutes, so the State *will be skipping ahead ten minutes. But it's on the disk.* |
| [Defense]: | No objection. We don't want the jury to fall asleep again. |

IV R.R. at 146 (emphasis added).

Because the transcript already before the Court enables it to determine that it does not have the complete exhibit entered into evidence, the Court should order the Court Reporter to submit a supplemental record containing the full exhibit introduced into evidence. *See Lopez v. State*, 314 S.W.3d 70, 72 (Tex. App.—Waco 2010, no pet.) (Rule 34.6(d) grants appellate courts wide discretion to supplement the transcript or statement of facts so as to include omitted matter); s*ee also Guajardo v. State*, 109 S.W.3d 456, 462 n.17 (Tex. Crim. App. 2003) (it is "the appealing party's burden to ensure that the record on appeal is sufficient to resolve the issue he presents"). Alternatively, if by the time the Court proceeds on the instant motion such a record has already been submitted, the Court should allow the filing of the supplemental record containing the full version of State's Exhibit 73 actually admitted at trial.

## III.

Furthermore, if the Court does not obtain the supplemental record outright under 34.6(d), in the alternative it should remand the cause to the trial court under 34.6(e)(3) of the Rules of Appellate Procedure. *See Amador v. State*, 221 S.W.3d 666, 677 (Tex. Crim. App. 2007) ("In the present case, the State requested supplementation of the record. Thus, when a dispute arose over what and precisely how much the record should be supplemented, the court of appeals was mistaken to deny that request without also ordering the trial court to resolve the dispute").

## IV.

While Appellant stresses the fact that no further extensions will be granted to the State (Appellant's Objection at 3), the State in its first motion made clear that it would submit its brief by the current deadline regardless of any supplementation. Motion at 1, 2 n.1. Supplementing the record under either Rule 34.6(d) or 34.6(e)(3) therefore has no effect on the State's timetable to submit its brief, which will already be on file with the Court. Supplementing under 34.6(d) will occasion no delay. Alternatively, the Court may order a speedy determination of the issue before the trial court under Rule 34.6(e)(3); particularly in light of the clear record cited *supra*, the State is ready to resolve the issue before the trial court immediately, and the cause could conceivably be returned to the Court of Appeals before Appellant's response brief would be due. In any event – due to the heavy

4

docket of cases before the appellate courts – the remand will not delay the consideration of Appellant's appeal for an unreasonable amount of time; in reality, it will likely result in no delay whatsoever. *See, e.g.,* Cause Numbers 03-14-00320-CR (State's brief filed August 28, 2014, not yet submitted), 13-14-00088-CR (State's brief filed August 20, 2014, to be submitted on briefs on July 15, 2015).

Though Appellant also emphasizes that the record has been on file eight months, the Court has recently remanded such a case in similar circumstances. *See Smith v. State*, 03-11-00597-CR, 2012 WL 3629792, at *1 (Tex. App.—Austin Aug. 23, 2012, no pet.) (mem. op., not designated for publication) (Court of Appeals abated for supplementation on August 23, 2012, more than eight months after the original reporter's record had been filed with the Court on December 8, 2011); *see also Lopez*, 314 S.W.3d at 71-72 (after the appellate court issued its original opinion reversing the trial court, it allowed supplementation of the record over objection, and on rehearing affirmed the trial court).

V.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays that this Honorable Court order the preparation, certification and filing of a supplemental record containing the full version (25 minutes and 58 seconds) of State's Exhibit 73, or in the alternative, that it allow the filing of said supplemental record into the record on appeal if it has already been submitted to

5

the Court when the instant motion is heard and decided. Further, the State's counsel alternatively prays that in the event the Court finds there is a "dispute" within the meaning of 34.6(e) of the Texas Rules of Appellate Procedure, that it submit such a dispute to the trial court for a speedy resolution. Finally, the State's counsel prays for all further relief, both special and general, in law and in equity, to which it may be entitled.

Respectfully submitted,

/s/ Clayten Hearrell
**Clayten Hearrell**
SBN: 24059919
hearrc@co.comal.tx.us
Assistant District Attorney
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

**CERTIFICATE OF SERVICE**

I, Clayten Hearrell, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *First Supplemental Motion and Response to Appellant's Objection,* including the attached and earlier-filed *Motion to Order a Supplemental Reporter's Record,* has been delivered to the following:

Mary Scopas
*Court Reporter*
scopam@co.comal.tx.us
207th District Court
150 N. Seguin Ave., Suite 317
New Braunfels, TX 78130

Richard E. Wetzel
*Attorney for Appellant ERIC BYRON CRAYTON on Appeal*
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX 78701

By electronically sending it to the above-listed email addresses through efile.txcourts.gov e-filing service this 30th day of June, 2015.


/s/ Clayten Hearrell
**Clayten Hearrell**

# Attachment

ACCEPTED
03-14-00570-CR
5848498
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 4:20:35 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| **ERIC BYRON CRAYTON** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 4:20:35 PM
JEFFREY D. KYLE
Clerk

## MOTION TO ORDER A SUPPLEMENTAL REPORTER'S RECORD

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves the Court to order the preparation, certification and filing of a supplemental reporter's record for good cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and requested that the Reporter submit a record containing all exhibits. The State's brief is due by July 3, 2015, and will be filed before the deadline.

### II.

Mr. Clayten Hearrell is handling this appeal for the State. During further review of the record while writing the State's brief, Mr. Hearrell noticed that the copy of State's Exhibit 73 he obtained from the Court Reporter omitted part of the

1

video which was entered into evidence. Whereas the full version of State's Exhibit 73 – which the District Clerk has in its possession – is 25 minutes and 58 seconds long, the version on file with the Third Court is apparently only five minutes and 12 seconds long. The State has need of and intends to cite to portions of the full video which were omitted from the shorter version on file with the Third Court.[1] Accordingly, under rule 34.6(d) of the Texas Rules of Appellate Procedure, the State has requested that the Reporter prepare, certify and file the full version of State's Exhibit 73 in a supplemental reporter's record. Request, *attached*.

## III.

Out of an abundance of caution, the State moves this Honorable Court to order the preparation, certification and filing of said supplemental record. Because the Court will not likely hear or decide the instant motion until 10 days after the motion is filed, in the event said supplemental record has already been submitted to the Court, the State alternatively moves the Court to accept the filing of said supplemental record into the record on appeal. *See* Tex. R. App. P. 10.3, 34.6(d).

## IV.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays that this Honorable Court order the preparation, certification and filing of a supplemental record containing the full version (25 minutes and 58

---

[1] Because the State's brief will be filed before the deadline on July 3, 2015, it will cite to video times in the anticipated supplemental record.

2

seconds) of State's Exhibit 73, or in the alternative, that it allow the filing of said supplemental record into the record on appeal if it has already been submitted to the Court when the instant motion is heard and decided.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Motion to Order a Supplemental Reporter's Record* has been delivered to the following:

Mary Scopas
*Court Reporter*
scopam@co.comal.tx.us
207th District Court
150 N. Seguin Ave., Suite 317
New Braunfels, TX 78130

Richard E. Wetzel
*Attorney for Appellant ERIC BYRON CRAYTON on Appeal*
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX 78701

By electronically sending it to the above-listed email addresses through efile.txcourts.gov e-filing service this 26th day of June, 2015.


/s/ Joshua D. Presley
**Joshua D. Presley**

4

CAUSE NO. CR2012-225
(APPELLATE CAUSE NO. 03-14-00570-CR)

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 207TH JUDICIAL DISTRICT |
| | § | |
| ERIC BYRON CRAYTON | § | COMAL COUNTY, TEXAS |

**REQUEST TO FILE SUPPLEMENTAL REPORTER'S RECORD**

TO THE HONORABLE REPORTER OF SAID COURT:

Now comes the State of Texas, by and through its Assistant District Attorney, and requests pursuant to rule 34.6(d) of the Texas Rules of Appellate Procedure that the Court Reporter prepare, certify, and file in the Court of Appeals for the Third District of Texas – in Appellate Cause Number 03-14-00570-CR – a supplemental Reporter's Record containing the following items:

a)      The full and complete video entered into evidence as State's Exhibit 73 in CR2012-225, totaling approximately 25 minutes and 58 seconds.[1]

b)      This State's Request to File Supplemental Reporter's Record.

Because the Defendant/Appellant is indigent, the record is to be prepared at taxpayer expense.

---

[1] While the District Clerk appears to have the full version (25 minutes and 58 seconds long) on file, the version of State's Exhibit 73 currently on file with the Third Court of Appeals appears to contain only a portion of the exhibit (around five minutes and 12 seconds long).

1

Respectfully submitted,

Joshua D. Presley, SBN: 24088254
preslj@co.comal.tx.us
Assistant District Attorney
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130-5191
Phone: (830) 221-1300
Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, hereby certify that a true and correct copy of the above and foregoing Request to File a Supplemental Reporter's Record was sent to the following:

Mary Scopas
*Court Reporter*
207th District Court
150 N. Seguin Ave., Suite 317
New Braunfels, TX 78130
Fax: (830) 608-2030

Richard E. Wetzel
*Attorney for Appellee ERIC BYRON CRAYTON on Appeal*
wetzel_law@1411west.com
1411 West Avenue, Suite 100
Austin, TX 78701
Fax: (512) 474-5594

By fax to the above-listed numbers on this the 26th day of June, 2015.

Joshua D. Presley

2